TEES OF THE PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL.; and

No. 321. PALMER ET AL., TRUSTEES OF THE PROPERTY OF NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. *v.* PALMER ET AL., TRUSTEES OF THE PROPERTY OF OLD COLONY RAILROAD CO. October 16, 1939. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Robert G. Dodge* and *Oscar M. Shaw* for the Trustees of the Old Colony R. Co. *Mr. Hermon J. Wells* for the Trustees of the New York, N. H. & H. R. Co. Reported below: 104 F. 2d 161.

No. 308. UNION DREDGING CO. *v.* BRASHEAR, ADMINISTRATRIX. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Jewel Alexander* for petitioner. *Messrs. Daniel W. Hone, S. Hasket Derby,* and *Joseph C. Sharp* for respondent.

No. 315. STATE AUTOMOBILE MUTUAL INSURANCE CO. *v.* YORK ET AL. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Murray Allen* for petitioner. *Mr. Kenneth C. Royall* for respondents.

No. 319. CENTRAL RAILROAD COMPANY OF NEW JERSEY *v.* PENNSYLVANIA RAILROAD CO. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Paul Speer* for petitioner. *Mr. Chauncey I. Clark* for respondent.

No. 323. MITCHELL ET AL. *v.* OTTINGER, RECEIVER. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.